| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>**Wasim Chalati**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 11/14/2025    Wasim Chalati
                    Printed name of Debtor 1                    Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 1002-1.EMP.INCOME.DEC**

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____   _____   _____
                              Printed name of Debtor 2                              Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                      Page 2                          **F 1002-1.EMP.INCOME.DEC**




# Earnings Statement

SAFRAN PASSENGER INNOVATIONS LLC
3151 E. IMPERIAL HWY
BREA, CA 92821

Period Beginning: 10/20/2025
Period Ending: 11/02/2025
Pay Date: 11/07/2025

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  CA: 2

WASIM CHALATI
30902 CLUBHOUSE DR
UNIT 9J
LAGUNA NIGUEL CA 92677

Social Security Number: XXX-XX-3575

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4075.38 | 80.00 | 4,075.38 | 80,835.67 |
| AGA Stock | | | | 2,937.28 |
| Bonus 1 | | | | 3,027.43 |
| Holiday | | | | 4,715.80 |
| P T O | | | | 1,375.44 |
| Retro Pay | | | | 970.33 |
| Sick | | | | 458.48 |
| Taxable Fringe | | | | 500.00 |
| Vacation | | | | 4,919.57 |
| Yr Of Srv Awd | | | | 458.48 |
| **Gross Pay** | | | **$4,075.38** | 100,198.48 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -297.60 | 8,024.25 |
| | Social Security Tax | -232.10 | 5,738.99 |
| | Medicare Tax | -54.28 | 1,342.18 |
| | CA State Income Tax | -88.08 | 2,612.85 |
| | CA SDI Tax | -46.68 | 1,163.24 |
| | **Other** | | |
| | DENTAL | -22.78* | 523.94 |
| | Health Saving | -154.00* | 3,542.00 |
| | MED EE COST | -156.07* | 3,589.61 |
| | VIS EE COST | -6.45* | 148.35 |
| | 401k | -122.26* | 2,902.81 |
| | 401k Loan 1 | -145.16 | 3,338.68 |
| | **Adjustment** | | |
| | Well Credit | +38.46 | |

Net Pay $2,788.38
Checking -2,788.38
Net Check $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,621.30

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 7.48 | 169.74 |
| Sick Balance | 36.00 | |
| 401K ER MATCH | 122.26 | 2,902.81 |
| Hsa Er | | 1,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-768-9043

PLEASE VERIFY YOUR NAME, ADDRESS AND SSN IN SELIA AND ADP TO MAKE SURE YOUR W2 IS PRODUCED CORRECTLY

© 2000 ADP, Inc.

---

SAFRAN PASSENGER INNOVATIONS LLC
3151 E. IMPERIAL HWY
BREA, CA 92821

Advice number: 00000450198
Pay date: 11/07/2025



**Deposited to the account of**
WASIM CHALATI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1733 | xxxx xxxx | $2,788.38 |

**NON-NEGOTIABLE**

| ZXX | 000619 | AM0410 | 000390190 |

**Earnings Statement**

ADP

SAFRAN PASSENGER INNOVATIONS LLC
3151 E. IMPERIAL HWY
BREA, CA 92821

Period Beginning: 09/08/2025
Period Ending: 09/21/2025
Pay Date: 09/26/2025

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  CA: 2

WASIM CHALATI
30902 CLUBHOUSE DR
UNIT 9J
LAGUNA NIGUEL CA 92677

Social Security Number: XXX-XX-3575

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4075.38 | 80.00 | 4,075.38 | 69,068.01 |
| AGA Stock | | | | 2,937.28 |
| Bonus 1 | | | | 3,027.43 |
| Holiday | | | | 4,715.80 |
| P T O | | | | 1,375.44 |
| Retro Pay | | | | 970.33 |
| Sick | | | | 458.48 |
| Vacation | | | | 4,919.57 |
| **Gross Pay** | | | **$4,075.38** | 87,472.34 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -297.60 | 7,021.45 |
| | Social Security Tax | -232.11 | 5,011.69 |
| | Medicare Tax | -54.28 | 1,172.09 |
| | CA State Income Tax | -88.08 | 2,315.61 |
| | CA SDI Tax | -46.68 | 1,017.20 |
| | **Other** | | |
| | DENTAL | -22.78* | 455.60 |
| | Health Saving | -154.00* | 3,080.00 |
| | MED EE COST | -156.07* | 3,121.40 |
| | VIS EE COST | -6.45* | 129.00 |
| | 401k | -122.26* | 2,536.03 |
| | 401k Loan 1 | -145.16 | 2,903.20 |
| | **Adjustment** | | |
| | Well Credit | +38.46 | |
| | **Net Pay** | | **$2,788.37** |

| Other | this period | year to date |
|---|---|---|
| Checking | -2,788.37 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,621.30

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 7.48 | 147.30 |
| Sick Balance | 36.00 | |
| 401K ER MATCH | 122.26 | 2,536.03 |
| Hsa Er | | 1,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-768-9043

© 2000 ADP, Inc.

---

SAFRAN PASSENGER INNOVATIONS LLC
3151 E. IMPERIAL HWY
BREA, CA 92821

Advice number: 00000390190
Pay date: 09/26/2025



**Deposited to the account of**
WASIM CHALATI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1733 | xxxx  xxxx | $2,788.37 |

**NON-NEGOTIABLE**



**Earnings Statement**

| | |
|---|---|
| SAFRAN PASSENGER INNOVATIONS LLC | Period Beginning:    09/22/2025 |
| 3151 E. IMPERIAL HWY | Period Ending:       10/05/2025 |
| BREA, CA 92821 | Pay Date:            10/10/2025 |

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:    2
   CA:         2

WASIM CHALATI
30902 CLUBHOUSE DR
UNIT 9J
LAGUNA NIGUEL CA 92677

Social Security Number:   XXX-XX-3575

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Taxable Fringe | | | 500.00 | 500.00 |
| Regular | | | | 72,684.91 |
| AGA Stock | | | | 2,937.28 |
| Bonus 1 | | | | 3,027.43 |
| Holiday | | | | 4,715.80 |
| P T O | | | | 1,375.44 |
| Retro Pay | | | | 970.33 |
| Sick | | | | 458.48 |
| Vacation | | | | 4,919.57 |
| Yr Of Srv Awd | | | | 458.48 |
| **Gross Pay** | | | **$500.00** | 92,047.72 |

**Net Check**    **$0.00**

Your federal taxable wages this period are $500.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | | 154.78 |
| Hsa Er | | 1,000.00 |
| 401K ER MATCH | | 2,658.29 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-768-9043

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.00 | 7,429.05 |
| | Social Security Tax | -31.00 | 5,274.79 |
| | Medicare Tax | -7.25 | 1,233.62 |
| | CA State Income Tax | -33.00 | 2,436.69 |
| | CA SDI Tax | -6.00 | 1,069.88 |
| | **Other** | | |
| | DENTAL | | 478.38 |
| | Health Saving | | 3,234.00 |
| | MED EE COST | | 3,277.47 |
| | VIS EE COST | | 135.45 |
| | 401k | | 2,658.29 |
| | 401k Loan 1 | | 3,048.36 |
| | **Net Pay** | **$312.75** | |
| | Checking | -312.75 | |

© 2000 ADP, Inc.

SAFRAN PASSENGER INNOVATIONS LLC
3151 E. IMPERIAL HWY
BREA, CA 92821

**Advice number:**    00000410198
Pay date:              10/10/2025

*THIS IS NOT A CHECK*

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| WASIM CHALATI | xxxxxxxx1733 | xxxx xxxx | $312.75 |

**NON-NEGOTIABLE**

ZXX 000619 AM0410 M09H019

# Earnings Statement 

*SAFRAN PASSENGER INNOVATIONS LLC*
*3151 E. IMPERIAL HWY*
*BREA, CA 92821*

Period Beginning: 09/22/2025
Period Ending: 10/05/2025
Pay Date: 10/10/2025

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  CA: 2

Social Security Number: XXX-XX-3575

**WASIM CHALATI**
**30902 CLUBHOUSE DR**
**UNIT 9J**
**LAGUNA NIGUEL CA 92677**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4075.38 | 71.00 | 3,616.90 | 72,684.91 |
| Yr Of Srv Awd | 50.9423 | 9.00 | 458.48 | 458.48 |
| AGA Stock | | | | 2,937.28 |
| Bonus 1 | | | | 3,027.43 |
| Holiday | | | | 4,715.80 |
| P T O | | | | 1,375.44 |
| Retro Pay | | | | 970.33 |
| Sick | | | | 458.48 |
| Vacation | | | | 4,919.57 |
| **Gross Pay** | | | **$4,075.38** | 91,547.72 |

| Net Pay | $2,788.38 |
|---|---|
| Checking | -2,788.38 |
| **Net Check** | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,621.30

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -297.60 | 7,319.05 |
| | Social Security Tax | -232.10 | 5,243.79 |
| | Medicare Tax | -54.28 | 1,226.37 |
| | CA State Income Tax | -88.08 | 2,403.69 |
| | CA SDI Tax | -46.68 | 1,063.88 |
| | **Other** | | |
| | DENTAL | -22.78* | 478.38 |
| | Health Saving | -154.00* | 3,234.00 |
| | MED EE COST | -156.07* | 3,277.47 |
| | VIS EE COST | -6.45* | 135.45 |
| | 401k | -122.26* | 2,658.29 |
| | 401k Loan 1 | -145.16 | 3,048.36 |
| | **Adjustment** | | |
| | Well Credit | +38.46 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 7.48 | 154.78 |
| Sick Balance | 36.00 | |
| 401K ER MATCH | 122.26 | 2,658.29 |
| Hsa Er | | 1,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-768-9043

© 2000 ADP, Inc.

---

SAFRAN PASSENGER INNOVATIONS LLC
3151 E. IMPERIAL HWY
BREA, CA 92821

**Advice number:** 00000410197
**Pay date:** 10/10/2025

THIS IS NOT A CHECK

| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| WASIM CHALATI | xxxxxxxx1733 | xxxx xxxx | $2,788.38 |

**NON-NEGOTIABLE**

ZXX    000619    AM0410    N004019

## Earnings Statement 

SAFRAN PASSENGER INNOVATIONS LLC
3151 E. IMPERIAL HWY
BREA, CA 92821

| | |
|---|---|
| Period Beginning: | 10/06/2025 |
| Period Ending: | 10/19/2025 |
| Pay Date: | 10/24/2025 |

Taxable Marital Status:    Married
Exemptions/Allowances:
    Federal:    2
    CA:    2

WASIM CHALATI
30902 CLUBHOUSE DR
UNIT 9J
LAGUNA NIGUEL CA 92677

Social Security Number:    XXX-XX-3575

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4075.38 | 80.00 | 4,075.38 | 76,760.29 |
| AGA Stock | | | | 2,937.28 |
| Bonus 1 | | | | 3,027.43 |
| Holiday | | | | 4,715.80 |
| P T O | | | | 1,375.44 |
| Retro Pay | | | | 970.33 |
| Sick | | | | 458.48 |
| Taxable Fringe | | | | 500.00 |
| Vacation | | | | 4,919.57 |
| Yr Of Srv Awd | | | | 458.48 |
| **Gross Pay** | | | **$4,075.38** | 96,123.10 |

| | | |
|---|---|---|
| **Net Pay** | | **$2,788.38** |
| Checking | | -2,788.38 |
| **Net Check** | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,621.30

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -297.60 | 7,726.65 |
| | Social Security Tax | -232.10 | 5,506.89 |
| | Medicare Tax | -54.28 | 1,287.90 |
| | CA State Income Tax | -88.08 | 2,524.77 |
| | CA SDI Tax | -46.68 | 1,116.56 |
| | **Other** | | |
| | DENTAL | -22.78* | 501.16 |
| | Health Saving | -154.00* | 3,388.00 |
| | MED EE COST | -156.07* | 3,433.54 |
| | VIS EE COST | -6.45* | 141.90 |
| | 401k | -122.26* | 2,780.55 |
| | 401k Loan 1 | -145.16 | 3,193.52 |
| | **Adjustment** | | |
| | Well Credit | +38.46 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 7.48 | 162.26 |
| Sick Balance | 36.00 | |
| 401K ER MATCH | 122.26 | 2,780.55 |
| Hsa Er | | 1,000.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-768-9043

PLEASE VERIFY YOUR NAME, ADDRESS AND SSN IN SELIA AND ADP TO MAKE SURE YOUR W2 IS PRODUCED CORRECTLY

© 2000 ADP, Inc.

---

SAFRAN PASSENGER INNOVATIONS LLC
3151 E. IMPERIAL HWY
BREA, CA 92821

**Advice number:** 00000430187
**Pay date:** 10/24/2025

**Deposited to the account of**
**WASIM CHALATI**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1733 | xxxx xxxx | $2,788.38 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**